UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA                 :

               -v-                              :        16-CR-692-7 (JMF)

IVARS OZOLS,                              :        ORDER

                   Defendant.             :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received the attached letter, dated April 11, 2020, from the Defendant. The Government is directed to file a response no later than **May 11, 2020**.

       The Clerk of Court is directed to mail a copy of this Order (without the attachment) to:

> Ivars Ozols
> Register Number: 17474-104
> FCI Jesup
> 2600 Highway 301 South
> Jesup, GA 31599

       SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                                 JESSE M. FURMAN
                                                 United States District Judge

①

Ivars Ozols
USMS # 17474104
Federal Satellite Low
2680 U.S. Highway South
Jesup, GA 31599
April 11th, 2020.

United States of America
V.
Ivars Ozols

Case Number: 1:16-CR-00692-JMF

ATTENTION:
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: IMMEDIATE VOLUNTARY DEPORTATION REQUEST

My name is Ivars Ozols, I am 41 years old and will be turning 42 years in a few days. I am from the European Country of Latvia, so I am a Latvia Citizen. I was sentenced to 39 months and with good time credit, I have approximately 9 months

(2)

left excluding halfway house or Home Confinement, which I don't qualify because I am deportable.

Honorable Judge, I want to request an immediate fast track Voluntary deportation to my home country of Latvia. I don't want to fight my deportation detainer in Courts therefore I freely want to self deport.

The below outlines my reasons and concerns to request this Voluntary immediate Deportation:

(A) A lot of Inmates including me are Vulnerable to contract the COVID-19 Virus (CORONA VIRUS). Its a pandemic that scares the prison population now due to some of the conditions we live in here. I want to utilize the CARES ACT LAW, Sec 12003(b)(2) which was passed by the President on March 27th, 2020 which authorizes the BoP (Bureau of Prisons) to grant Home Confinement for Inmates by lifting the 10 percent / 6 month limitation under 18 U.S.C & 3624(C)(2) due to the COVID-19 (Corona Virus Pandemic). This means the BoP can send anyone with anything short of a death sentence to home Confinement right away. I have Minimum Security, I have not been in any trouble whiles in Prison, I work in the Maintenance

(B)

(Electrical) Department here, I have also taken a lot of classes whiles in Prison which I will attach a copy of my progress report to this letter. Since I am deportable, I cannot be released to home confinement but I can be deported immediately back to my Country. Due to the risk the COVID-19 poses to my health, I want the Court to release me immediately so I can be deported right away under Extraordinary Circumstances factors in 18 U.S.C § 3553(a) and reduction in Sentence under 18 U.S.C § 3582 (C)(1)(A).

(B) If a Prisoner wants to Voluntary Deport without fighting it or going through the Courts to stop Deportation orders, it warrants the fast track deportation benefit which allows a downward departure of Prison time as well.

Honorable Judge, to be clear, I am very remorseful for what I did, and I am still ashamed of myself for my involvement in the crime, I will never do it again. Respectively, I ask for this relief because I want to avoid getting this virus before getting deported later

④

not knowing there will be a Cure or Vaccine where I am going or might not even make it. I hope this request will be granted. Thank you.

Respectively,

Ivars Ozols

```
JESJS  540*23 *          SENTENCE MONITORING         *  11-15-2019
PAGE 001       *          COMPUTATION DATA            *  10:40:03
                          AS OF 11-15-2019

REGNO..: 17474-104  NAME: OZOLS, IVARS


FBI NO...........: JRT0P7LNE        DATE OF BIRTH: 04-23-1978  AGE: 41
ARS1.............: JES/A-DES
UNIT.............: A                QUARTERS.....: A01-910L
DETAINERS........: YES              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-26-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-21-2021 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER....................: S11 1:16-CR-692-7 (J
JUDGE............................: FURMAN
DATE SENTENCED/PROBATION IMPOSED: 02-12-2019
DATE COMMITTED...................: 05-03-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY: NO   SERVICES: NO     AMOUNT: $00.00

REMARKS.......: S11 1:16-CR-692-7 (JMF)

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 820      COMMUNICATIONS ACT
OFF/CHG: 18:1349 CONSPIRACY TO COMMIT WIRE FRAUD AND BANK FRAUD-CT1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    39 MONTHS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 04-18-2018




G0002       MORE PAGES TO FOLLOW . . .
```

```
JESJS  540*23  *          SENTENCE MONITORING          *   11-15-2019
PAGE 002       *          COMPUTATION DATA             *   10:40:03
                          AS OF 11-15-2019

REGNO..: 17474-104 NAME: OZOLS, IVARS


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-15-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-29-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-12-2019
TOTAL TERM IN EFFECT............:    39 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS    3 MONTHS
EARLIEST DATE OF OFFENSE........: 04-18-2018

JAIL CREDIT.....................: FROM DATE     THRU DATE
                                  04-18-2018    02-11-2019

TOTAL PRIOR CREDIT TIME.........: 300
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 175
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 01-21-2021
EXPIRATION FULL TERM DATE.......: 07-15-2021
TIME SERVED.....................:     1 YEARS    6 MONTHS    30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  48.6

PROJECTED SATISFACTION DATE.....: 01-21-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 3-27-19: NEW COMP ENTD RESTITUTION TO BE ADDED 5-14-19. D/SYT.
                11-15-19 FSA GCT UPDATE D/CT2.




G0002        MORE PAGES TO FOLLOW . . .
```

```
JESJS  540*23 *        SENTENCE MONITORING       *   11-15-2019
PAGE 003 OF 003 *        COMPUTATION DATA         *   10:40:03
                         AS OF 11-15-2019

REGNO..: 17474-104 NAME: OZOLS, IVARS


------------------------------ CURRENT DETAINERS: ------------------------------

DETAINER NO..: 001
DATE LODGED..: 05-18-2018
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION & CUSTOMS ENFORCEMENT
CHARGES......: INVESTIGATION




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```



## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: OZOLS, IVARS   17474-104

SEQUENCE: 02106793
Team Date: 04-09-2020

| | | |
|---|---|---|
| Facility: | JES JESUP FCI | Proj. Rel. Date: 01-21-2021 |
| Name: | OZOLS, IVARS | Proj. Rel. Mthd: GCT REL |
| Register No.: | 17474-104 | DNA Status: MIM20359 / 04-20-2018 |
| Age: | 41 | |
| Date of Birth: | 04-23-1978 | |

### Detainers
| Detaining Agency | Remarks |
|---|---|
| INVESTIGATION | null |

### Current Work Assignments
| Facl | Assignment | Description | Start |
|---|---|---|---|
| JES | L ELECTRIC | LOW ELECTRIC SHOP | 07-23-2019 |

### Current Education Information
| Facl | Assignment | Description | Start |
|---|---|---|---|
| JES | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 05-03-2019 |
| JES | GED SAT | GED PROGRESS SATISFACTORY | 02-19-2020 |
| JES | GED XN | EXEMPT GED NON-PROMOTABLE | 05-03-2019 |

### Education Courses
| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| JES | | GED 7:40-9:30 RPP#6 | 07-01-2019 | CURRENT |
| JES | | MS EXCEL @ FSL | 11-05-2019 | CURRENT |
| JES | | PUBLIC SPEAKING CLASS @ FSL | 01-07-2020 | CURRENT |
| JES | | REAL ESTATE 2 CLASS @ FSL | 01-07-2020 | CURRENT |
| JES | | SERVE SAFE CLASS @ FSL | 01-07-2020 | CURRENT |
| JES | | STOCK INVESTING CLASS @ FSL | 01-07-2020 | CURRENT |
| JES | C | ANGER MANAGEMENT GROUP | 12-06-2019 | 03-25-2020 |
| JES FSL | C | NON-RES DRUG GROUP | 09-20-2019 | 03-06-2020 |
| JES FSL | C | PARENTING CLASS 2 @ FSL | 09-27-2019 | 01-04-2020 |
| JES FSL | C | LITERACY ORIENTATION CLASS@FSL | 09-10-2019 | 01-04-2020 |
| JES FSL | C | REAL ESTATE CLASS @ FSL | 09-10-2019 | 01-04-2020 |
| JES FSL | C | STOCK INVESTING CLASS @ FSL | 09-10-2019 | 01-04-2020 |
| JES FSL | C | ACE CAREER PLANNING CLASS @FSL | 07-25-2019 | 09-25-2019 |
| JES FSL | C | ACE FRENCH 1 CLASS @ FSL | 06-10-2019 | 09-21-2019 |
| JES FSL | C | INTRO TO COMPUTERS @ FSL | 06-17-2019 | 07-03-2019 |
| JES FSL | C | RPP#1 AIDS AWARENESS | 05-08-2019 | 05-08-2019 |

### Discipline History (Last 6 months)
| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments
| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-28-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-03-2019 |

### Current Medical Duty Status Assignments
| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-26-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-26-2018 |

### Current Drug Assignments
| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 05-29-2019 |
| NR COMP | NRES DRUG TMT/COMPLETE | 03-06-2020 |

### FRP Details
Most Recent Payment Plan



| | Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 02106793 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 04-09-2020 |
| | Plan is for inmate: OZOLS, IVARS  17474-104 | |

**Most Recent Payment Plan**

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 05-03-2019 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | Obligation Balance: $25.00 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $25.00 | IMMEDIATE | AGREED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 03-10-2020 | JES | PAYMENT | INSIDE PMT | $25.00 |
| | | 12-10-2019 | JES | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $ N/A         Payments commensurate ?  N/A
New Payment Plan:     ** No data **

**Progress since last review**

Inmate Ozols continues to make progress in GED. Inmate continues to work in the Electric Shop.

**Next Program Review Goals**

Continue active participation in GED class through October 2020.

**Long Term Goals**

Inmate Ozols will obtain his GED by April 2021.

**RRC/HC Placement**

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Citizen of Latvia

**Comments**

Treaty Transfer: Eligible and interested.

DATE REVIEWED: _____December 4, 2019_____

INSTITUTION: __FSL Jesup, GA__   UNIT: __A-1__
INMATE NAME: __OZOLS, IVARS__   REG NO: __17474-104  A01-910L__

FIRST STEP ACT (Circle One):   **(ELIGIBLE)**   /   INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   **(MINIMUM)**   LOW   MEDIUM   HIGH



To: The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Ivars Ozols
2680 US HWY 301 S
Jesup, GA 31599
United States

17474-104