```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA                                 :
                                                         :
            -v-                                          :    16-CR-692-7 (JMF)
                                                         :
IVARS OZOLS,                                             :    ORDER
                                                         :
                        Defendant.                       :
                                                         :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

       Upon review of Defendant's motion and the Government's response, the Court concludes that it is appropriate to appoint counsel for Defendant pursuant to the Criminal Justice Act. Former counsel has graciously agreed to accept appointment. Accordingly, Darren LaVerne is hereby appointed as counsel pursuant to the Criminal Justice Act to handle Defendant's motion (and any other application relating to COVID-19). In light of that appointment, Defendant is granted leave to file a reply no later than May 18, 2020. The Government shall notify the Court by May 19, 2020, if it believes that a sur-reply is warranted.

       SO ORDERED.

Dated: May 12, 2020  
       New York, New York  
                                                  JESSE M. FURMAN  
                                                  United States District Judge